UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JAMIE MAGERS, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | CASE NO. XXXXXXXX |
| § | |
| SEQUIUM ASSET SOLUTIONS, LLC, § | |
| § | |
| *Defendant.* § | |

**DEFENDANT SEQUIUM ASSET SOLUTIONS, LLC'S
NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant SEQUIUM ASSET SOLUTIONS, LLC ("SASI"), by and through its undersigned counsel, and files its *Notice of Removal* as follows:

1. Plaintiff JAMIE MAGERS filed her state court Complaint on October 30, 2020 in the County Court of Pinellas County, Florida located at 29582 U.S. 19 N., Clearwater, FL 33761.

2. This is a civil action based on Plaintiff's contention that SAS violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA"). This case is still pending in state court.

3. Removal is proper because this case involves a federal question—an alleged violation of the Fair Debt Collection Practices Act. This entire suit is removable under 28 U.S.C. § 1441(a).

4. Venue is proper in this district under 28 U.S.C. 1441(a) because the

state court where the suit has been pending is in this district.

5. Removal is timely pursuant to 28 U.S.C. § 1441(b) because SAS has filed its *Notice of Removal* within 30 days of receipt of Plaintiffs' state-court Petition which was served on January 4, 2021.

6. Pursuant to U.S.C. § 1441(a), a copy of all process, pleadings, documents, and orders in this case have been attached as **Exhibit A**.

7. A copy of this *Notice of Removal* has been sent to Plaintiff and will be filed with the clerk of the Small Claims Court for Pinellas County, Florida.

8. Plaintiff requested a jury trial in the state court matter.

WHEREFORE, SAS respectfully requests that this Court assume full jurisdiction over the proceeding as provided by law.

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded to all parties of record via CM/ECF on this 12th day of January, 2021.

/s/ Charles J. McHale
Charles J. McHale, Esq.
FBN: 0026555
**GOLDEN SCAZ GAGAIN, PLLC**
1135 Marbella Plaza Drive
Tampa, Florida 33619
Phone: (813) 251-5500
Direct: (813) 251-3688
Fax: (813) 251-3675
cmchale@gsgfirm.com