IN THE COUNTY COURT OF
THE SIXTH JUDICIAL
CIRCUIT IN AND FOR
PINELLAS COUNTY, FLORIDA
SMALL CLAIMS DIVISION

Case No:

JAMIE MAGERS,

    Plaintiff,

v.

SEQUIUM ASSET SOLUTIONS, LLC,

    Defendant.
_____/

## PLAINTIFF'S STATEMENT OF CLAIM

**COMES NOW**, Plaintiff, **JAMIE MAGERS** ("Ms. Magers" or "Plaintiff"), by and through the undersigned counsel, and hereby sues and files this Statement of Claim against Defendant, **SEQUIUM ASSET SOLUTIONS, LLC** ("Defendant"), and in support thereof states as follows:

### *Introduction*

1.    This action arises out of an alleged "Debt" or "Consumer Debt" as defined by Fla. Stat. § 559.55 (6) and Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et. seq.* ("FDCPA"), and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.72 *et. seq.* ("FCCPA"), by misrepresenting the right to collect such alleged debt after Defendant knew it had been included in Ms. Magers' bankruptcy case.

***ELECTRONICALLY FILED 10/30/2020 11:10:22 AM: KEN BURKE, CLERK OF THE CIRCUIT COURT, PINELLAS COUNTY***

## *Jurisdiction and Venue*

2. This is an action for damages that does not exceed Eight Thousand Dollars ($8,000.00), exclusive of interest, costs, and attorney's fees.

3. Jurisdiction is proper in the State of Florida where the Defendant conducts business in the State of Florida.

4. Jurisdiction of this Court also arises where Defendant's tortious activity under the FCCPA occurred in the State of Florida.

5. Venue is proper in Pinellas County, Florida, where Defendant has physical locations in Pinellas County, Florida.

6. Venue is proper in Pinellas County, Florida, where this tortious cause of action accrued in Pinellas County.

7. Venue is also proper in Pinellas County, Florida pursuant to Fla. Stat. § 559.77 (1) as a substantial part of the events or omissions giving rise to the claims occurred in this County.

## *Parties*

8. Plaintiff, Ms. Magers, was and is a natural person and, at all times material hereto, is an adult, a resident of Pinellas County, Florida, and a "debtor" or "consumer" as defined by Fla. Stat. § 559.55 (8).

9. Further, Ms. Magers is an "alleged debtor" within the meaning of Fla. Stat. § 559.55.

10. At all times material hereto, Defendant was and is a business with its principal place of business in the state of GA, and its registered agent, Registered Agent Solutions, Inc., located at 155 Office Plaza Drive, Ste. A, Tallahassee, FL 32301.

11. Further, at all times material hereto, Defendant is a "Consumer Collection Agency" as defined by Fla. Stat. § 559.55 (3) and/or a "Debt Collector" as defined by Fla. Stat. § 559.55 (7) and 15 U.S.C. § 1692a (6).

### *Statements of Fact*

12. Ms. Magers opened an account for personal cable and internet services with Charter Communications that was assigned a unique account number under Ms. Magers' name ("Account").

13. Sometime thereafter, Ms. Magers encountered financial difficulties and fell behind on her payments towards the Account, which incurred an outstanding balance owed thereunder ("Debt").

14. Charter Communications then sold, assigned, or transferred the Debt to Defendant for collection purposes.

15. On July 15, 2020, Ms. Magers filed a Chapter 7 Bankruptcy Petition ("Petition") in the U.S. Bankruptcy Court, Middle District of Florida, Case Number: 8:20-bk-05407-RCT ("Bankruptcy Case"). *See* **Exhibit A.**

16. Ms. Magers identified Defendant as a creditor in her Petition. *See* **Exhibit A, p. 25, § 4.20.**

17. Ms. Magers' Petition also identified her counsel's name and contact information, which notified all of Ms. Magers' creditors, including Defendant, that Ms. Magers was represented by counsel with respect to all debts, including the Debt.

18. On or around July 18, 2020, Defendant received notice of the Bankruptcy Case filing. *See* **Exhibit B.**

19. After receipt of notice that the Debt was included in the Bankruptcy Case and that Ms. Magers was represented by counsel with respect to the Debt, Defendant continued to communicate directly with Ms. Magers in attempts to collect the Debt.

20. For example, in September of 2020, Defendant placed calls to Ms. Magers' young son's cellular telephone number, 813-***-3616 ("Ms. Magers' Son's Cellular Telephone").

21. Ms. Magers' son notified her that Defendant was calling his Cellular Telephone in attempts to collect the Debt.

22. In response, on October 1, 2020, Ms. Magers called Defendant and notified Defendant that she had filed the Bankruptcy Case, provided the Bankruptcy Case number, and provided her Bankruptcy Case attorney contact information to Defendant.

23. Defendant refused to cease collection efforts related to the Debt.

24. After October 1, 2020, Defendant continued to place calls to Ms. Magers' Son's Cellular Telephone in connection with the collection of the Debt.

25. Further, Defendant began furnishing negative inaccurate credit reporting information to the credit reporting agencies related to the Account and Ms. Magers.

26. Ms. Magers disputed Defendant's improper negative credit reporting because she had included it in her Bankruptcy Case and it should not report as due and owing.

27. Defendant refused to correct the improper negative credit reporting in response to Ms. Magers' dispute, and instead verified that the information was accurate and that the Account was not included in the Bankruptcy Case to the credit reporting agencies.

28. All of Defendant's calls to Ms. Magers' Son's Cellular Telephone were placed in connection with the collection of the Debt.

29. All of Defendant's improper negative credit reporting related to the Account was done in connection with the collection of the Debt.

30. Defendant has harassed Ms. Magers as a direct and proximate result of its calls and credit reporting because it knew such information was inaccurate and causing Ms. Magers distress, but Defendant continued such collection activity anyway.

### Count 1: Violation of the Fair Debt Collection Practices Act ("FDCPA")

31. Ms. Magers re-alleges paragraphs 1-30 and incorporates the same herein by reference.

32. Ms. Magers is a "consumer" within the meaning of the FDCPA.

33. The subject debt is a "consumer debt" within the meaning of the FDCPA.

34. Defendant is a "debt collector" within the meaning of the FDCPA.

35. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

    a. Debt Collector 15 U.S.C. § 1692e(2)(A) by falsely representing the legal status of the Debt as still personally owed by Ms. Magers and not included in Ms. Magers' Bankruptcy Case when it continued to send negative credit reporting information to the credit reporting agencies and when Defendant continued to demand payment from Ms. Magers.

    b. Defendant violated 15 U.S.C. § 1692e(10) by falsely representing the legal status of the Debt as not included in Ms. Magers' Bankruptcy Case when it continued to send negative credit reporting information to the credit reporting agencies and when Defendant continued to demand payment from Ms. Magers.

    c. Defendant violated 15 U.S.C. § 1692f(1) by attempting to collect the Debt that Defendant knew was not permitted by law to collect when it had been included in the Bankruptcy Case.

36. As a result of the above violations of the FDCPA, Ms. Magers has been subjected to illegal collection activities for which he has been damaged.

37. Defendant's actions have damaged Ms. Magers by causing her stress.

38. Defendant's actions have damaged Ms. Magers by causing her anxiety.

39. Defendant's actions have damaged Ms. Magers by being an annoyance.

40. Defendant's actions have damaged Ms. Magers by causing her aggravation.

41. It has been necessary for Ms. Magers to retain the undersigned counsel to prosecute the instant action, for which he is obligated to pay a reasonable attorney's fee.

42. All conditions precedent to this action have occurred.

**WHEREFORE**, Plaintiff respectfully requests this Court to enter a judgment against Debt Collector as follows:

   a. Awarding statutory damages as provided by 15 U.S.C. § 1692k(a)(2)(A);

   b. Awarding actual damages;

   c. Awarding costs and attorneys' fees; and

   d. Any other and further relief as this Court deems just and equitable.

### Count 2: Violation of the Florida Consumer Collection Practices Act ("FCCPA")

43. Ms. Magers re-alleges paragraphs 1-30 and incorporates the same herein by reference.

44. Defendant violated the FCCPA. Defendant's violations include, but are not limited to, the following:

   a. Defendant violated Fla. Stat. § 559.72(9) by misrepresenting the legal status of the Debt as still personally owed by Ms. Magers and that such Debt was legitimately collectable after Defendant had received notice that the alleged Debt had been included in Ms. Magers' Bankruptcy Case.

    b. Defendant violated Fla. Stat. § 559.72(18) by contacting Ms. Magers directly after Defendant knew that Ms. Magers was represented by counsel with respect to the alleged Debt, or could readily ascertain such attorney's name and address.

45. As a result of the above violations of the FCCPA, Ms. Magers has been subjected to unwarranted and illegal collection activities and harassment for which she has been damaged.

46. Defendant's actions have damaged Ms. Magers by violating her right to not be directly contacted regarding the Debt while represented by counsel with respect to the Debt.

47. Defendant's actions have damaged Ms. Magers by causing her stress.

48. Defendant's actions have damaged Ms. Magers by causing her anxiety.

49. Defendant's actions have damaged Ms. Magers by being an annoyance.

50. Defendant's actions have damaged Ms. Magers by causing her aggravation.

51. It has been necessary for Ms. Magers to retain the undersigned counsel to prosecute the instant action, for which she is obligated to pay a reasonable attorney's fee.

52. All conditions precedent to this action have occurred.

**WHEREFORE**, Plaintiff respectfully requests this Court to enter a judgment against Defendant as follows:

    a. Awarding statutory damages as provided by Fla. Stat. § 559.77;

    b. Awarding actual damages;

    c.   Awarding costs and attorneys' fees;

    d.   Any other and further relief as this Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff, Jamie Magers, demands a trial by jury on all issues so triable.

Respectfully submitted this **October 30, 2020**,

                          */s/ Kaelyn Diamond*
                          Kaelyn Diamond, Esq.
                          Florida Bar No. 125132
                          kaelyn@attorneydebtfighters.com
                          Law Office of Michael A. Ziegler, P.L.
                          Debt Fighters
                          2561 Nursery Road, Suite A
                          Clearwater, FL 33764
                          (p)  (727) 538-4188
                          (f)  (727) 362-4778
                          *Counsel for Plaintiff*

# EXHIBIT A

***ELECTRONICALLY FILED 10/30/2020 11:10:22 AM: KEN BURKE, CLERK OF THE CIRCUIT COURT, PINELLAS COUNTY***

| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA | | |
| Case number *(if known)* | Chapter you are filing under:<br>■ Chapter 7<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Check if this is an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy          04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | Your full name<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Jamie**<br>First name<br><br>**Elizabeth**<br>Middle name<br><br>**Magers**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | All other names you have used in the last 8 years<br>Include your married or maiden names. | Jamie E. Magers | |
| 3. | Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN) | ███████ | |

| Debtor 1 | Jamie Elizabeth Magers | Case number (if known) | |

| 4.20 | **Sequim Asset Solutions**<br>Nonpriority Creditor's Name<br>■ **Northchase Parkway**<br>**Suite 150**<br>**Marietta, GA 30067**<br>Number Street City State Zip Code<br>**Who incurred the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br>**Is the claim subject to offset?**<br>■ No<br>☐ Yes | Last 4 digits of account number ■<br>When was the debt incurred?<br><br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>■ Other. Specify **Collection for Charter Communications** | $733.43 |

| 4.21 | **Sheridan Radiology**<br>Nonpriority Creditor's Name<br>**PO Box 3257**<br>**Indianapolis, IN 46206**<br>Number Street City State Zip Code<br>**Who incurred the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br>**Is the claim subject to offset?**<br>■ No<br>☐ Yes | Last 4 digits of account number **Unknown**<br>When was the debt incurred?<br><br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>■ Other. Specify **Medical** | $122.00 |

| 4.22 | **Simm Associates**<br>Nonpriority Creditor's Name<br>**800 Pencader Dr.**<br>**Newark, DE 19702**<br>Number Street City State Zip Code<br>**Who incurred the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br>**Is the claim subject to offset?**<br>■ No<br>☐ Yes | Last 4 digits of account number ■<br>When was the debt incurred?<br><br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>■ Other. Specify **Collection for Synchrony Bank** | $2,155.49 |

# EXHIBIT B

```
                          United States Bankruptcy Court
                            Middle District of Florida
In re:                                                       Case No. 20-05407-RCT
Jamie Elizabeth Magers                                       Chapter 7
        Debtor                   CERTIFICATE OF NOTICE
District/off: 113A-8          User: hjeff            Page 1 of 2              Date Rcvd: Jul 16, 2020
                              Form ID: 309A          Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2020.
db             +Jamie Elizabeth Magers,    4818 Burlington Ave. N.,    Saint Petersburg, FL 33713-8136
29064804       +Admin Recovery, LLC,    6225 Sheridan Dr.,    #118,    Buffalo, NY 14221-4800
29064805       +Atlantic Credit,    PO Box 2001,    Warren, MI 48090-2001
29064809       +CBCS,    PO Box 2589,    Columbus, OH 43216-2589
29064810       +CCB Credit Services,    PO Box 272,    Springfield, IL 62705-0272
29064811       +CDD Group,    PO Box 9164,    Mobile, AL 36691-0164
29064808       +CarMax Auto Finance,    Attn: Bankruptcy,    Po Box 440609,    Kennesaw, GA 30160-9511
29064812       +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,    St. Louis, MO 63179-0441
29064820        Credit Protection Association,    Attn: Bankruptcy,    Po Box 302068,    Dallas, TX 75380
29064821       +Erika Geide,    3893 Belle Vista Dr E.,    Saint Petersburg, FL 33706-2628
29064823       +Flynn LaVrar,    RAS LaVrar, LLC,    1133 S. University Drive,    2nd Floor,
                 Fort Lauderdale, FL 33324-3303
29064828       +OSLA/Dept of Ed,    Attn: Bankruptcy,    Po Box 18475,    Oklahoma City, OK 73154-0475
29064829       +Pete and Jean,    7301 7th Ave. N.,    Saint Petersburg, FL 33710-4646
29064831       +Radius Global Solutions,    PO Box 390905,    Minneapolis, MN 55439-0905
29064833       +Sequim Asset Solutions,    1130 Northchase Parkway,    Suite 150,    Marietta, GA 30067-6429
29064834       +Sheridan Radiology,    PO Box 3257,    Indianapolis, IN 46206-3257
29064842       +Synergetic Communication Inc,    5450 N.W. Central,    #220,    Houston, TX 77092-2061
29064843       +TD Retail Card Services,    Attn: Bankruptcy,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
29064846       +Vengroff Williams, Inc.,    PO Box 4155,    Sarasota, FL 34230-4155

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: Gina@LawGina.com Jul 17 2020 01:01:38     Gina A Rosato,
                 Gina Rosato Law Firm, P.A.,    8870 N. Himes Avenue, Suite 629,    Tampa, FL  33614
tr             +EDI: BCRCHANEY.COM Jul 17 2020 04:43:00      Carolyn R. Chaney,    PO Box 530248,
                 St. Petersburg, FL 33747-0248
ust            +E-mail/Text: ustpregion21.tp.ecf@usdoj.gov Jul 17 2020 01:03:49
                 United States Trustee - TPA7/13,    Timberlake Annex, Suite 1200,    501 E Polk Street,
                 Tampa, FL 33602-3949
29064806       +EDI: TSYS2.COM Jul 17 2020 04:43:00      Barclays Bank Delaware,    Attn: Correspondence,
                 Po Box 8801,    Wilmington, DE 19899-8801
29064807       +EDI: CAPITALONE.COM Jul 17 2020 04:43:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
29064813       +EDI: WFNNB.COM Jul 17 2020 04:43:00      Comenity Bank/Bealls Florida,    Po Box 182125,
                 Columbus, OH 43218-2125
29064814       +EDI: WFNNB.COM Jul 17 2020 04:43:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
29064815       +EDI: WFNNB.COM Jul 17 2020 04:43:00      Comenity Capital/mprc,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
29064816       +EDI: WFNNB.COM Jul 17 2020 04:43:00      Comenitybank/hottpic,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
29064817       +EDI: CONVERGENT.COM Jul 17 2020 04:43:00      Convergent,    PO Box 9004,    Renton, WA 98057-9004
29064818       +EDI: CRFRSTNA.COM Jul 17 2020 04:43:00      Credit First N A,    6275 Eastland Rd,
                 Brookpark, OH 44142-1399
29064819       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 17 2020 01:13:51      Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
29064822       +EDI: AMINFOFP.COM Jul 17 2020 04:43:00      First Premier Bank,    Attn: Bankruptcy,
                 Po Box 5524,    Sioux Falls, SD 57117-5524
29065827        EDI: IRS.COM Jul 17 2020 04:43:00      Internal Revenue Service,    Post Office Box 7346,
                 Philadelphia PA 19101-7346
29064825        EDI: JEFFERSONCAP.COM Jul 17 2020 04:43:00      Jefferson Capital Systems,    16 McLeland Rd.,
                 56303,    Saint Cloud, MN 56303
29064826       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 17 2020 01:13:54      LVNV Funding,
                 PO Box 10497,    Greenville, SC 29603-0497
29064827       +EDI: MID8.COM Jul 17 2020 04:43:00      Midland Funding,    2365 Northside Dr.,
                 San Diego, CA 92108-2709
29064830        EDI: PRA.COM Jul 17 2020 04:43:00      Portfolio Recovery,    120 Corporate Blvd, Suite,    100,
                 Norfolk, VA 23502
29064832       +EDI: DRIV.COM Jul 17 2020 04:43:00      Santander Consumer USA,    Attn: Bankruptcy,
                 Po Box 961245,    Fort Worth, TX 76161-0244
29064835       +E-mail/PDF: clerical@simmassociates.com Jul 17 2020 01:14:06      Simm Associates,
                 800 Pencader Dr.,    Newark, DE 19702-3354
29064836       +EDI: RMSC.COM Jul 17 2020 04:43:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
29064837       +EDI: RMSC.COM Jul 17 2020 04:43:00      Synchrony Bank/Amazon,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
29064838       +EDI: RMSC.COM Jul 17 2020 04:43:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                 Po Box 965061,    Orlando, FL 32896-5061
29064839       +EDI: RMSC.COM Jul 17 2020 04:43:00      Synchrony Bank/Lowes,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
29064840       +EDI: RMSC.COM Jul 17 2020 04:43:00      Synchrony Bank/Select Comfort,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
29064841       +EDI: RMSC.COM Jul 17 2020 04:43:00      Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
```

```
District/off: 113A-8                   User: hjeff                  Page 2 of 2                   Date Rcvd: Jul 16, 2020
                                       Form ID: 309A                Total Noticed: 48

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
29064844       +EDI: WTRRNBANK.COM Jul 17 2020 04:43:00      Tnb-Visa  (TV) / Target,
                 C/O Financial & Retail Services,    Mailstop BV    PO Box 9475,    Minneapolis, MN 55440-9475
29064845       +E-mail/Text: bankruptcy@wofco.com Jul 17 2020 01:02:03       Toyota Finance,    PO Box 991817,
                 Mobile, AL 36691-8817
29064847       +E-mail/Text: bankruptcy@wofco.com Jul 17 2020 01:02:03       World Omni Financial Corp,
                 Attn: Bankruptcy,    Po Box 991817,    Mobile, AL 36691-8817
                                                                                              TOTAL: 29

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
29064824       ##+Global Collections,    PO Box 2127,    Schiller Park, IL 60176-0127
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2020 at the address(es) listed below:
              Carolyn R. Chaney    carolyn.chaney@earthlink.net,    FL46@ecfcbis.com
              Gina A Rosato    on behalf of Debtor Jamie Elizabeth Magers Gina@LawGina.com,    jennifer@lawgina.com
              United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                              TOTAL: 3
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Jamie Elizabeth Magers | Social Security number or ITIN | ■■■■ |
| | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ | |
| | | EIN  _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court   Middle District of Florida | | Date case filed for chapter  7   7/15/20 | |
| Case number:   8:20-bk-05407-RCT | | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Jamie Elizabeth Magers | |
| 2. | All other names used in the last 8 years | aka Jamie E. Magers | |
| 3. | Address | 4818 Burlington Ave. N. Saint Petersburg, FL 33713 | |
| 4. | Debtor's attorney Name and address | Gina A Rosato Gina Rosato Law Firm, P.A. 8870 N. Himes Avenue, Suite 629 Tampa, FL 33614 | Contact phone 813-463-8000 Email: Gina@LawGina.com |
| 5. | Bankruptcy Trustee Name and address | Carolyn R. Chaney PO Box 530248 St. Petersburg, FL 33747 | Contact phone 727-864-9851 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

For more information, see page 2 >

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

| Debtor Jamie Elizabeth Magers | | Case number 8:20-bk-05407-RCT |
|---|---|---|

| 6. | **Bankruptcy Clerk's Office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Sam M. Gibbons United States Courthouse 801 North Florida Avenue, Suite 555 Tampa, FL 33602 | Hours open: Monday – Friday 8:30 AM – 4:00PM Contact phone 813-301-5162 Date: July 16, 2020 |
|---|---|---|---|
| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073-1 restricts the entry of personal electronic devices into the Courthouse. | August 13, 2020 at 02:20 PM The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Meeting will be held telephonically** Trustee: Carolyn R. Chaney Call in number: 877-507-1828 Passcode: 1842592 |
| | *** Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. *** | | |
| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** October 13, 2020 |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| 13. | **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening, discharge, and closing dates, and whether a case has assets or not. McVCIS is accessible 24 hours a day except during routine maintenance. To access McVCIS toll free call 1-866-222-8029. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline** page 2